JUSTICE GRAY
specially concurs.
While we are ruling in Plaintiff’s favor on a technical issue of first impression, our decision should not be construed by Plaintiff’s counsel as the reward for any great lawyering on his part. To the contrary, Plaintiff’s counsel can hardly be praised for the diligent pursuit of his client’s case in this matter. Computer problems notwithstanding, Plaintiff’s counsel would be well advised to implement some sort of office practice that will insure better tracking of his case and of his compliance with court orders. If this case were to be decided purely on excusable neglect grounds and without the overlay of the issue involving Rules 4C(1) and 41(e), the result might well be different.
JUSTICE NELSON concurs in the foregoing special concurrence.